THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIANE SWEENEY, Appellant. [595 NYS2d 353] —Judgment unanimously reversed on the law, motion granted and indictment dismissed *(see, People v Bordeaux,* 182 AD2d 1095, *appeal dismissed* 80 NY2d 915). (Appeal from Judgment of Onondaga County Court, Burke, J.—Criminal Possession Controlled Substance, 1st Degree.) Present—Denman, P. J., Green, Balio, Lawton and Davis, JJ. (Filed Feb. 25, 1993.)

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY COOPER, Appellant. [595 NYS2d 353] —Judgment unanimously affirmed. Memorandum: The record does not support defendant's contention that his waiver of the right to appeal was not knowingly and voluntarily made. Thus, defendant has forfeited the right to challenge the factual sufficiency of his plea and the alleged denial of his statutory right to appear before the Grand Jury *(see, People v Callahan,* 80 NY2d 273, 280; *People v Seaberg,* 74 NY2d 1). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Endangering Welfare Child.) Present—Denman, P. J., Green, Balio, Lawton and Davis, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMIE A. SULLIVAN, Appellant. [595 NYS2d 354] —Judgments unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgments of Chautauqua County Court, Adams, J.—Burglary, 2nd Degree.) Present—Callahan, J. P., Pine, Fallon, Doerr and Boehm, JJ.